## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### IN ADMIRALTY

SWEET CAROLINE MARINE, LTD
a Republic of the Marshall Islands Corporation,

    Plaintiff,

v.

M/Y SWEET CAROLINE, her engines, machinery, tackle, apparel, boats, furniture, equipment, rigging, freights, and all other necessary appurtenances, etc., *in rem*, and AVYC, LLC, a Republic of the Marshall Islands Corporation, *in personam*.

    Defendant(s).
_____/

Case No. 23-CV-61754-DMM

### ORDER

THIS CAUSE came before the Court on Plaintiff's Motion for Issuance of Order Directing the Clerk of Court to Issue a Warrant of Arrest *In Rem* and for Emergency Consideration [ECF No. 5].  Being fully advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED.  Pursuant to Supplemental Rule (C)(3)(a)(i) and Local Admiralty Rule C(2)(a) and Rule C, the Clerk is directed to issue a warrant of arrest against the 2008 127' Jamaica flagged IAG motor yacht, Maritime Mobile Service Identity (MMSI) 339952000, M/Y "Sweet Caroline."

DONE AND ORDERED in Miami, Florida, this _____ day of September, 2023.

 

_____
HON. DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record

2