## AFFIDAVIT OF SUBSTITUTE CUSTODIAN

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF BROWARD           )

Before me this day personally appeared Frank R. Kups of G. Robert Toney and Associates Inc. DBA National Liquidators, (hereinafter "NL"), being duly sworn, deposes and says:

1. That he is the President of NL, a Florida Corporation located at 2945 West State Rd 84, Fort Lauderdale FL 33312.

2. That he is familiar with the Defendant vessel, M/Y "SWEET CAROLINE" a 127' 2008 IAG motor yacht, Hull No.: IAG12702K314, MMSI # 339952000, at least to the extent of her size, type, construction and material and apparent condition, and believes that he has available adequate facilities for and can properly supervise the safekeeping of said vessel in place of the U.S. Marshal during the pendency of suit herein and until further Order of the Court, and in this regard, Affiant states that he will perform any services necessary to effect safe custody of the M/Y "SWEET CAROLINE".

3. That the charges for said services will consist of a charge of $ 250.00 per day for custodian fees and a charge of $3.75 per foot per day for dockage plus tax and electric (Metered).

4. That Affiant has liability insurance or assets adequate to respond in damage for loss of or injury to Defendant vessel during said custody and for damages sustained by third parties due to negligence of Affiant during said custody.

5.  Further, Affiant agrees to accept substitute custodianship of the Defendant vessel, her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, in accordance with the Order Appointing Substitute Custodian.

FURTHER AFFIANT SAYETH NOT.

_____ 9-12-23
President: Frank R Kups

Sworn to and subscribed before me
this 12th day of September 2023.

_____
Notary Public
State of Ohio

My Commission Expires:



KERRY K FENTON
Notary Public, State of Ohio
My Commission Expires:
October 17, 2027