UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61754-CV-MIDDLEBROOKS

IN ADMIRALTY

SWEET CAROLINE MARINE, LTD,

    Plaintiff,

v.

M/Y SWEET CAROLINE, and
AVYC, LLC, *in personam*.

    Defendant(s).
_____/

## ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST IN REM

THIS CAUSE comes before the Court upon Plaintiff's Emergency Motion for Issuance of Order Directing the Clerk of Court to Issue a Warrant of Arrest *In Rem* (DE 5), filed on September 13, 2023. The Court has reviewed the Motion, record, and is fully advised.

It is ORDERED AND ADJUDGED that Plaintiff's Motion (DE 5) is **GRANTED**. In accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Rules C and E(2) of the Southern District of Florida Local Admiralty Rules, the Clerk is directed to ISSUE a summons and warrant of arrest in rem, authorizing the U.S. Marshal to effect arrest of the Defendant vessel M/Y SWEET CAROLINE MARINE, Maritime Mobile Service Identity (MMSI) 339952000, her engines, tackle, rigging, dinghies, equipment, appurtenances, furniture etc.

Any party seeking to challenge this Order may do so pursuant to Supplemental Admiralty and Maritime Claims Rule E(4)(f) and Local Admiralty Rule C(7).

SIGNED in Chambers at West Palm Beach, Florida this 14 day of September, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record