**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SWEET CAROLINE | 0:23-cv-61754 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| M/Y SWEET CAROLINE AND AVYC, LLC | Vessel Arrest |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y SWEET CAROLINE, a 2008 127' Identity (MMSI) 339952000
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Universal Marine, 2700 SW 25th Terrace, Fort Lauderdale, FL 33312

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nicholas J. Zeher, Esq.
Robert Allen Law, P.A.
1441 Brickell Avenue, Suite 1400
Miami, Florida 33131 Tel (305) 372.3300

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

M/Y SWEET CAROLINE, a 2008 127' Identity (MMSI) 339952000 located at Universal Marine, 2700 SW 25th Terrace, Fort Lauderdale, FL 33312  Contact Substitute Custodian, G. Robert Toney (954-647-7194), Bill O'Dell: 954-599-3340, and Plaintiff's lawyer Nick Zeher, Cell number (561) 251.0967 to coordinate arrest.

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (305) 372.3300
DATE: 11/1/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. A44
District to Serve No. A44
Signature of Authorized USMS Deputy or Clerk
Date: 11-2-23

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 11-3-2023
Time: 6:15 ☒ pm

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy
STEM MARCO
# 3580

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Vessel Arrested per Court order.

Form USM-285
Rev. 03/21