**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**IN ADMIRALTY**

SWEET CAROLINE MARINE, LTD
a Republic of the Marshall Islands Corporation,

  Plaintiff,

v.

Case No. 23-CV-61754-DMM

M/Y SWEET CAROLINE, her engines, machinery, tackle, apparel, boats, furniture, equipment, rigging, freights, and all other necessary appurtenances, etc., *in rem*, and AVYC, LLC, a Republic of the Marshall Islands Corporation, *in personam*.

  Defendants.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that Plaintiff, SWEET CAROLINE MARINE, LTD, by and through undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismiss without prejudice the above-styled action against Defendants, M/Y SWEET CAROLINE and AVYC, LLC with each party to bear its own attorneys' fees and costs.

Dated:  November 28, 2023

Respectfully submitted,

*/s/ Nicholas J. Zeher*
Nicholas J. Zeher, Esq. (Fla. Bar No. 1003565)
Robert E. Machate, Esq. (Fla. Bar No. 1003050)
ROBERT ALLEN LAW
The Four Seasons Office Tower
1441 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel.: (305) 372-3300
Fax: (305) 379-7018
Email: nzeher@robertallenlaw.com
   rmachate@robertallenlaw.com
   litigation@robertallenlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 28th day of November 2023 that the foregoing was served on all counsel or parties of record via Florida Court E-Portal.

*/s/ Nicholas J. Zeher*
Nicholas J. Zeher, Esq.