IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

SWEET CAROLINE MARINE, LTD
a Republic of the Marshall Islands Corporation,

        Plaintiff,

v.

Case No. 23-CV-61754-DMM

M/Y SWEET CAROLINE, her engines, machinery, tackle, apparel, boats, furniture, equipment, rigging, freights, and all other necessary appurtenances, etc., *in rem*, and AVYC, LLC, a Republic of the Marshall Islands Corporation, *in personam*.

        Defendant.

_____/

## MOTION TO ISSUE A CORRECTED ORDER

Plaintiff, SWEET CAROLINE MARINE, LTD, by and through its undersigned attorneys, file this Motion to Issue a Corrected Order and states as follows:

1. There was a scriveners error in the previous Order.

2. A draft Corrected Order is attached to this Motion.

WHEREFORE, Plaintiff Sweet Caroline respectfully requests this Court to issue a Corrected Order instructing the U.S. Marshal to release M/Y SWEET CAROLINE back to AVYC LLC.

## CERITIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF this 1st day of December 2023, to all counsel of record.

Dated: <u>December 1, 2023</u>

        Respectfully submitted,

        */s/ Nicholas J. Zeher*
        Nicholas J. Zeher, Esq. (Fla. Bar No. 1003565)

Robert E. Machate, Esq. (Fla. Bar No. 1003050)
ROBERT ALLEN LAW
The Four Seasons Office Tower
1441 Brickell Avenue, Suite 1400
Miami, Florida  33131
Tel.:     (305) 372-3300
Email:   nzeher@robertallenlaw.com
            rmachate@robertallenlaw.com
            litigation@robertallenlaw.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA**

**IN ADMIRALTY**

SWEET CAROLINE MARINE, LTD
a Republic of the Marshall Islands Corporation,

        Case No. 23-CV-61754-DMM

    Plaintiff,

v.

M/Y SWEET CAROLINE, her engines, machinery, tackle, apparel, boats, furniture, equipment, rigging, freights, and all other necessary appurtenances, etc., *in rem*, and AVYC, LLC, a Republic of the Marshall Islands Corporation, *in personam*.

    Defendant.
_____/

**ORDER DIRECTING THE RELEASE OF A VESSEL
IN ACCORDANCE WITH SUPPLEMENTAL RULE E(5)**

This matter is before the Court on Plaintiff, SWEET CAROLINE MARINE, LTD's Motion for Release of a Vessel and Plaintiff's Notice of Dismissal in accordance with Supplemental Rule E(5) and Local Admiralty Rule E(8)(b) (the "Motion") [DE - 22]. Upon consideration, it is ORDERED:

1. The Motion is **GRANTED.**

2. In accordance with Supplemental Rule E(5) and Local Admiralty Rule E(8)(a), and pursuant to the motion, the United States Marshal and Substitute Custodian holding the vessel, M/Y SWEET CAROLINE are directed to release M/Y SWEET CAROLINE and any other property being held in custody in this action to the Owner, AVYC LLC or its authorized agent.

DONE AND ORDERED in Chambers, Palm Beach, Florida this __ day of December, 2023.

_____
HON. DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF